FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 4: 09

Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT D. NELSON, SR., in personam,<br>　　　　Defendant. | IN ADMIRALTY<br><br>No. A05-296- CV |

## COMPLAINT

Plaintiff Global Seafoods North America, LLC, alleges as follows:

1.  This is an action within the admiralty and maritime jurisdiction of this Court, pursuant to 28 U.S.C. §1333 and is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h).

2.  Global Seafoods North America, LLC, is a limited liability company formed under the laws of the State of Washington. Global's principal place of business is Seattle, and it operates a fish processing facility in Kodiak, Alaska.

3.  Defendant Robert D. Nelson, Sr., is believed to be an Alaska citizen, residing in Kodiak, Alaska.

4.  During the period November 2004 through at least mid-March 2005, Defendant Roberts maintained a "cannery account" with Global. Global made various advances in payment of goods and/or services provided to Defendant's fishing vessel. By virtue of payments to third party vendors, Global became subrogated to the vendors' rights to payment. Global also sold bait provided bait to the vessel. All of these transactions were

in support of Defendant's fishing business. Defendant was to reimburse these advances by means of sales of fish to Global during the winter 2005 fishing season.

 5. On or about March 3, 2005, Defendant signed a document evidencing agreement that Defendant would deliver fish exclusively to Global until his account balance was paid, and that Global was authorized to apply 25% of the gross fish sale price to account debt. On information and belief, Defendant breached the agreement by selling fish to a third party, in presently unknown amounts.

 6. Defendant is presently indebted to Global on the account in the amount of $8,970.24. Furthermore, by reason of the third party sales, Global has lost the profits it would have earned on those sales.

WHEREFORE, Plaintiff prays that Plaintiff be awarded judgment for:

 1. all amounts due on the cannery account and for lost profits in an amount to be proven at;

 2. costs and fees incurred in prosecuting this action; and

 3. such other and further relief as the Court may deem just and proper in the premises.

DATED this 17th day of November, 2005, at Anchorage, Alaska.

      MARK C. MANNING, P.C.
      Counsel for Plaintiff

      By: *[signature]*
      Mark C. Manning