Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska  99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| ROBERT D. NELSON, SR., in personam, ) ) | IN ADMIRALTY |
| Defendant. ) ) | No. A-05- 0296 Civil (TMB) |

**PROOF OF SERVICE ON DEFENDANT NELSON**

Plaintiff gives notice that service on Defendant was made on December 30, 2006, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Alaska Rule of Civil Procedure 4(h), as shown on the attached Affidavit of Mailing.

DATED this 6th day of March, 2006, at Anchorage, Alaska.

                                                                                                    s/ Mark C. Manning
                                                                                                    MARK C. MANNING, P.C.
                                                                                                     431 West 7th Avenue, Ste. 204
                                                                                                     Anchorage, AK 99501
                                                                                                     Phone: (907) 278-9794
                                                                                                     Fax: (907) 278-1169
                                                                                                     manning@alaska.net
                                                                                                     ABA No. 8110066

CERTIFICATE OF SERVICE
I hereby certify that, on 3/6/06 to, a copy
of the foregoing Proof of Service
was served by U.S. Mail on

Robert D. Nelson, Sr.
P.O. Box 8836
Kodiak, AK 99615

   s/Mark C. Manning