IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ROBERT D. NELSON, SR., in personam, | ) ) | IN ADMIRALTY |
| Defendant. | ) ) ) | No. A-05- 0296 Civil (JWS) |

**AFFIDAVIT OF MAILING**

Christina Childers, being first duly sworn upon oath, deposes and states

1. I am a legal secretary with the law office of Mark C. Manning, lawyer for Plaintiff in this case.

2. I mailed a copy of the summons, complaint and magistrate form to the Defendant in this action, by certified mail, restricted delivery, return receipt requested. Our office has received the receipt, which reflects delivery to Defendant on December 30, 2005. True and correct copies of both sides of the receipt are attached hereto. Accordingly, Defendant has been properly served with process.

_____
Christina Childers

State of Alaska, Third Judicial District

SUBSCRIBED AND SWORN to before me this 6th day of March, 2006.

_____
NOTARY PUBLIC in and for Alaska
My commission expires 7/30/08

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert D. Nelson, Sr.
   P.O. Box 8836
   Kodiak, AK 99615

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name): Robert D. Nelson Sr.
C. Date of Delivery: 12-30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7001 2510 0004 2033 3089

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Mark C. Manning
431 W. 7th Ave., Ste. 204
Anchorage, AK 99501

(2592-4)

C094