Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| ROBERT D. NELSON, SR., <u>in personam</u>, ) ) | IN ADMIRALTY |
| Defendant. ) ) | No. A-05- 0296 Civil (TMB) |

**MOTION FOR ENTRY OF DEFAULT**

Plaintiff moves pursuant to Federal Rule of Civil Procedure 55(a) for entry of default against Defendant Nelson for failure to appear, answer or otherwise defend as provided by the Federal Rules of Civil Procedure. This application is supported by the accompanying Declaration of Mark C. Manning and the Proof of Service previously filed in this action.

DATED this 14th day of March, 2006, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3/14/06 to, a copy of the foregoing for Entry of Default was served by U.S. Mail on

Robert D. Nelson, Sr.
P.O. Box 8836
Kodiak, AK 99615

   s/Mark C. Manning