IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, )<br>　　　　Plaintiff, )<br>　)<br>v. )<br>　)<br>ROBERT D. NELSON, SR., in personam, )<br>　)<br>　　　　Defendant. )<br>_____ ) | IN ADMIRALTY<br><br>No. A-05- 0296 Civil (TMB) |

**ENTRY OF DEFAULT**

　　　Based upon the Motion for Entry of Default against Robert D. Nelson, Sr., and on the files and records herein showing Defendant has not answered or otherwise appeared to defend within the time permitted, default is hereby entered against Defendant Robert D. Nelson, Sr.

　　　DATED this _____ day of March, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　CLERK OF THE COURT


　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Deputy Clerk