IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH )
AMERICA, LLC, )
        Plaintiff, )
)
v. )
)
ROBERT D. NELSON, SR., in personam, )   IN ADMIRALTY
)
        Defendant. )   No. A-05- 0296 Civil (TMB)
)

**DECLARATION OF MARK C. MANNING**
**SUPPORTING MOTION FOR ENTRY OF DEFAULT**
28 U.S.C. §1746

Mark C. Manning states the following under oath:

1. I am counsel of record for Plaintiff Global Seafoods North America LLC in this action and am authorized to make this declaration on Plaintiff's behalf.

2. On or about December 20, 2005, Plaintiff commenced suit against Defendant and filed a complaint to recover a sum due and owing. As reflected in the Proof of Service filed previously, Defendant was served by certified mail, return receipt, on December 30th, pursuant to Federal Rule of Civil Procedure 4(e)(1) and Alaska Rule of Civil Procedure 4(h).

3. The deadline for filing and service of an answer was January 20, 2006. Fed. R. Civ. P. 12(a)(1)(A). We have received no answer, and have not been contacted respecting arrangements to file an answer. A review of the court's docket on March 14 via PACER found no answer or other response by Defendant. It appears that Defendant has failed to file a timely answer and should be defaulted.

Executed on March 14, 2006.

                                                    /s/ Mark C. Manning
                                                    Mark C. Manning