Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT D. NELSON, SR., in personam,<br><br>        Defendant. | IN ADMIRALTY<br><br>No. A-05- 0296 Civil (TMB) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiff Global Seafoods North America, LLC moves pursuant to Federal Rule of Civil Procedure 55(b)(2) for entry of default judgment on its Complaint against Defendant Robert D. Nelson, Sr., to which no answer or other defensive paper has ever been filed, in the amount of $8,970.24 for a cannery account balance due and owing. Plaintiff will move for pre-judgment interest and apply for costs after default judgment is entered.

This motion is supported by the accompanying declaration of Mark C. Manning.

DATED this 14th day of March, 2006, at Anchorage, Alaska.

        s/ Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I hereby certify that, on 3/14/06 to, a copy of the foregoing for Motion for Entry of Default Judgment and supporting declaration were served by U.S. Mail on

Robert D. Nelson, Sr.
P.O. Box 8836
Kodiak, AK 99615

   s/Mark C. Manning