IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC,  )<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ROBERT D. NELSON, SR., in personam,  )<br>)<br>Defendant.  )<br>_____) | IN ADMIRALTY<br><br>No. A-05- 0296 Civil (TMB) |

**JUDGMENT IN AN ADMIRALTY CASE**

Upon consideration of Plaintiff's Motion for Default Judgment and supporting papers, and of the court's file in this case,

IT IS ORDERED AND ADJUDGED

THAT judgment is entered in favor of Plaintiff Global Seafoods North America, LLC and against Defendant Robert D. Nelson, Sr., in the amount of $ 8,970.24. Post-judgment interest shall be _____ %.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
Timothy M. Burgess
U.S. District Court Judge