Mark C. Manning
MARK C. MANNING, P.C.
431 W. 7th Ave., Ste 204
Anchorage, Alaska 99501
(907) 278-9794 Fax: 278-1169
Counsel for Global Seafoods

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

GLOBAL SEAFOODS NORTH )
AMERICA, LLC, )
        Plaintiff, )
)
)
v. )
)
ROBERT D. NELSON, SR., in personam, )   IN ADMIRALTY
)
        Defendant. )   No. A-05- 0296 Civil (TMB)
)

**DECLARATION OF MARK C. MANNING**
28 U.S.C. §1746

Mark C. Manning states the following under penalty of perjury:

1. I am counsel for Plaintiff in this matter. This declaration is submitted in support of Plaintiff's Motion for Entry of Default Judgment against defendant Robert D. Nelson, Sr.

2. Accompanying its Motion for Entry of Default Judgment is Plaintiff's Motion for Entry of Default for failure to answer or otherwise appear to defend. Nelson is not an infant, and no evidence has emerged that he is incompetent or in the military service of the United States.

3. This is an action to recover (1) sums due and owing on a "cannery account" Nelson maintained with Plaintiff and (2) profits Global lost when Nelson failed to honor an agreement to deliver fish exclusively to Global. Global has elected to abandon the second claim.

4. On information and belief, the attached page is a business record of Global reflecting Global's computerized record of Nelson's account. It lists bait sold to Nelson and vendors it paid on Nelson's behalf, in accord with the established practice with cannery

accounts, pursuant to which Nelson was to reimburse Global with fish deliveries or in some other fashion. The total for these items is $10,214.45. The "fish ticket" entries evidence Nelson's sales of fish to Global, totaling $12,963.14. The "check" entries evidence disbursements to Nelson or at his request of portions of sums due for fish purchases, totaling $11,718.93. These disbursements leave a net credit for fish purchases of $1,244.21. When this is credited to the $ 10,214.45 Nelson owes for bait purchases and Global's payment of his vendor bills, the remaining balance due and owing is the $ 8,970.24 prayed for in the Complaint.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2006.

                                                      MARK C. MANNING

| Date: | | | | | Global Seafoods N. America, LLC | | Page 1 |
|---|---|---|---|---|---|---|---|
| A/P Vendor Transactions (APVTRN01) | | | | | | | |
| | | | Robert Nelson | | | | |
| From Vendor N [NEL455] To [NEL861] | | | | | | | |
| From Document 11/1/2004] To [4/20/2005] | | | | | | | |
| Vendor No./ Doc. Number | Order Number/ Ty. | 1099/CPRS Cod | PO Number/ Check Number | Doc. Date/ Appl. Date | Due Date or Chk./Recpt. No. Applied Type/App | Batch-Entry | Balance |
|---|---|---|---|---|---|---|---|
| NEL455 | | | | | | | |
| 2657 | CR | Bait | 2657 BAIT | 2/2/2005 | 2/2/2005 | 989-8 | -207.76 |
| 2668 | CR | Bait | 2668 BAIT | 2/8/2005 | 2/8/2005 | 999-10 | -667.80 |
| 2697 | CR | Bait | 2697 BAIT | 3/5/2005 | 3/5/2005 | 1,060-1 | -254.40 |
| 2753 | CR | Bait | 2753 BAIT | 3/12/2005 | 3/12/2005 | 1,080-4 | -1,145.00 |
| 2781 | CR | Bait | 2781 BAIT | 4/3/2005 | 4/3/2005 | | -585.12 |
| | | | | | | | -2,860.08 |
| 2531 | CR | Fuel | 2531 PETRO MA | 1/24/2005 | 1/24/2005 | 967-7 | -475.73 |
| 2559 | CR | Fuel | 2559 PETRO MA | 2/1/2005 | 2/1/2005 | 985-10 | -331.20 |
| 2590 | CR | Fuel | 2590 PETRO MA | 2/8/2005 | 2/8/2005 | 999-4 | -473.75 |
| 2608 | CR | Fuel | 2608 PETRO MA | 2/18/2005 | 2/18/2005 | 1,024-1 | -374.64 |
| 2616 | CR | Fuel | 2616 PETRO MA | 2/23/2005 | 2/23/2005 | 1,031-3 | -1,459.65 |
| 2643 | CR | Fuel | 2643 PETRO MA | 3/23/2005 | 3/23/2005 | | -1,663.78 |
| 2647 | CR | Fuel | 2647 PETRO MA | 4/2/2005 | 4/2/2005 | | -1,166.58 |
| | | | | | | | -5,945.33 |
| 2564 | CR | Groceries | 2564 COST SAV | 2/2/2005 | 2/2/2005 | 985-12 | -230.34 |
| 2623 | CR | Groceries | 2623 COST SAV | 3/3/2005 | 3/3/2005 | 1,060-2 | -673.47 |
| | | | | | | | -903.81 |
| 2606 | CR | Repairs | 2606 B&C | 2/17/2005 | 2/17/2005 | 1,054-8 | -391.55 |
| 2620 | CR | Repairs | 2620 RADAR AL | 3/1/2005 | 3/1/2005 | 1,054-9 | -102.13 |
| 2384 | CR | Repairs | 2384 PETRO MA | 11/29/2004 | 11/29/2004 | 906-1 | -11.55 |
| | | | | | | | -505.23 |
| G00 006895 | IN | Fish Ticket | | 1/26/2005 | 2/25/2005 | 973-34 | 1,782.01 |
| G01 014493 | IN | Fish Ticket | | 2/5/2005 | 3/7/2005 | 991-4 | 2,098.59 |
| G04 028536 | IN | Fish Ticket | | 3/21/2005 | 4/20/2005 | 1,093-7 | 4,097.41 |
| G04 028546-1 | | Fish Ticket | | 2072 | 3/30/2005 | PP000001031 | 3,722.19 |
| G04 028553 | IN | Fish Ticket | | 2/11/2005 | 3/13/2005 | 1,010-19 | 1,262.94 |
| | | | | | | | 12,963.14 |
| PP000000862 | PI | Check | | 1/21/2005 | 000000001952 | 955-4 | -2,000.00 |
| PP000000913 | PI | Check | | 2/14/2005 | 000000001994 | 998-1 | -745.41 |
| PP000000932 | PI | Check | | 2/21/2005 | 000000002010 | 1,019-1 | -2,000.00 |
| PP000000958 | PI | Check | | 3/3/2005 | 000000002027 | 1,046-4 | -5,200.00 |
| PP000001001 | PI | Check | | 3/24/2005 | 000000002056 | | -1,000.00 |
| PP000001031 | PI | Check | | 3/30/2005 | 000000002072 | | -773.52 |
| | | | | | | | -11,718.93 |
| | | | | | | Balance | -8,970.24 |