## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>GLOBAL SEAFOODS NORTH AMERICA, LLC</u>   v.   <u>ROBERT D. NELSON, SR.</u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                        CASE NO.  <u>3:05-CV-00296 TMB</u>

<u>Patty Demeter</u>

PROCEEDINGS: **<u>CLERK'S NOTICE</u>**                 DATE: March 15, 2006

  It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

  Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendant(s): **Robert D. Nelson Sr.** in the above-entitled action is hereby entered.

[ ]{CLERKNOT.WPD*Rev.09/00}