## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Global Seafoods N. Am. LLC v. Nelson*
Case No. 3:05-cv-0296-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

     Before the Court is Plaintiff's motion for default judgment. Docket No. 7. On March 15, 2006, the Clerk entered default against Robert D. Nelson Sr. Docket No. 9. The motion at **Docket No. 7** is **GRANTED**. The Clerk is directed to enter judgment.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  April 5, 2006