IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


| | | |
|---|---|---|
| GLOBAL SEAFOODS NORTH AMERICA, LLC, | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT D. NELSON, SR., in personam, | ) | IN ADMIRALTY |
| | ) | |
| Defendant. | ) | No. A-05- 0296 Civil (TMB) |
| | ) | |

### JUDGMENT IN AN ADMIRALTY CASE

Upon consideration of Plaintiff's Motion for Default Judgment and supporting papers, and of  the court's file in this case,

IT IS ORDERED AND ADJUDGED

THAT judgment is entered in favor of Plaintiff Global Seafoods North America, LLC and against Defendant Robert D.  Nelson, Sr., in the amount of $ 8,970.24.  Post-judgment interest shall be 4.82  %.


DATED this 7 day of April  , 2006, at Anchorage, Alaska.


  /s/ Timothy M. Burgess
Timothy M.  Burgess
U.S. District Court Judge